No. 10-8930. Eugene Williams, Petitioner v. Ray Lawler, Superintendent, State Correctional Institution at Huntingdon, et al.

562 U.S. 1298, 131 S. Ct. 1705, 179 L. Ed. 2d 637, 2011 U.S. LEXIS 2227.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-8934. Patice Levell Bolden, Petitioner v. United States.

562 U.S. 1298, 131 S. Ct. 1706, 179 L. Ed. 2d 637, 2011 U.S. LEXIS 2405.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 622 F.3d 988.

No. 10-8935. Ana Gloria Duenas, Petitioner v. United States.

562 U.S. 1298, 131 S. Ct. 1706, 179 L. Ed. 2d 637, 2011 U.S. LEXIS 2364.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-8936. Timothy Daniels, Petitioner v. United States.

562 U.S. 1298, 131 S. Ct. 1706, 179 L. Ed. 2d 637, 2011 U.S. LEXIS 2236.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 625 F.3d 529.

No. 10-8937. Allen Lee Carradine, Petitioner v. United States.

562 U.S. 1298, 131 S. Ct. 1706, 179 L. Ed. 2d 637, 2011 U.S. LEXIS 2323.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 621 F.3d 575.

No. 10-8939. Excel A. Muniz-Massa, Petitioner v. United States.

562 U.S. 1298, 131 S. Ct. 1706, 179 L. Ed. 2d 637, 2011 U.S. LEXIS 2114.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 617 F.3d 581.

No. 10-8941. Gary Grigg, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.

562 U.S. 1298, 131 S. Ct. 1706, 179 L. Ed. 2d 637, 2011 U.S. LEXIS 2128.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 401 Fed. Appx. 590.

No. 10-8942. Jose Luis Hernandez-Gonzalez, Petitioner v. United States.

562 U.S. 1299, 131 S. Ct. 1707, 179 L. Ed. 2d 637, 2011 U.S. LEXIS 2215.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.